**Exhibit A to the Complaint**

**Location:** Medford, NJ  **IP Address:** 173.72.56.55
**Total Works Infringed:** 28  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 5A1E289500A6DF2F3F634EEDFBEC545873519FA8<br>File Hash: F6919E97F641883A1790FAD4233ABF3A4B534EDDBD19637D65C182F7737EDC5A | 03-20-2022 19:31:43 | Slayed | 09-29-2021 | 11-01-2021 | PA0002326409 |
| 2 | Info Hash: FCC3B3E9F148545F77601B1A8854C8790632DDAE<br>File Hash: 4100314100052DA1C44C13BD1E8277B98E8A735D43A28DB22194B4D6B158B0F8 | 03-07-2022 00:41:17 | Slayed | 08-05-2021 | 09-08-2021 | PA0002316094 |
| 3 | Info Hash: AE8F568547BC96C68FA28D2D4362CBA7A675DEC1<br>File Hash: 06C8AE9933F498B5AD5153F024874D6F72474BA48A86EF032E034C1A2BFC7AB9 | 03-05-2022 22:09:52 | Blacked | 02-09-2018 | 03-02-2018 | PA0002104745 |
| 4 | Info Hash: 58F81BD82B771B5D4AF55AE736974F12910D7D85<br>File Hash: E8B682B634E26BA6078640680905CC29FD658C81DAF6BCB173C4EAEB46256D1A | 03-03-2022 03:25:38 | Vixen | 07-23-2019 | 08-27-2019 | PA0002213247 |
| 5 | Info Hash: 01490AF82826C998DD1DFD20DF7DCF440CC694B0<br>File Hash: 9F4FBB80286395439601706E3DA31EBAF22DA7CEEA8AEC308BF6C7743EE4A6B2 | 03-02-2022 23:26:20 | Vixen | 10-31-2019 | 11-15-2019 | PA0002211917 |
| 6 | Info Hash: 886C165531255F8392293B0B77B178B2D17B68AA<br>File Hash: B49B73377A62346E9963D0EE8A81750272F5071007258C42DFD4B06E5D2DAB2F | 02-22-2022 01:22:26 | Vixen | 03-05-2017 | 05-25-2017 | PA0002049788 |
| 7 | Info Hash: 77B569973FD9ADD5E32D63D0B3141B877DC931D0<br>File Hash: 38D8316AACC577024FF542613BED1C15E3AD031794F50A269F2966E155AAD9B3 | 02-22-2022 01:11:23 | Tushy | 04-06-2018 | 06-19-2018 | PA0002126674 |
| 8 | Info Hash: FCD99D722E3C095513A32CD01038752B46784E75<br>File Hash: 20D25496654ED4B3AADF295CB4DD30D7E1D37A8A9341463E0930D8FF739BD464 | 02-22-2022 01:11:13 | Vixen | 10-26-2017 | 12-04-2017 | PA0002098029 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: F0FEEA90892CB91054E356C88374094E94FCE0E2 File Hash: 0744178676A3732BA8B64879714A6EA7C879CB6AF8C068A72BF1F57E3C552970 | 02-22-2022 01:09:45 | Vixen | 04-04-2019 | 04-29-2019 | PA0002169968 |
| 10 | Info Hash: DFCEE31E951BFF64BB0860D741932F779AB7AE1B File Hash: D5C5A301DFE183D8EEDEF3D7D38ECCDBC1452BB66BCF821B2F461965504EF702 | 01-02-2022 01:41:16 | Vixen | 11-26-2021 | 01-07-2022 | PA0002337919 |
| 11 | Info Hash: 45F5ED37F13264A5DD4DC3C6385B85C45C7DE859 File Hash: E068D82E5B6E5559076020E3AD1778881D46C7D7F5659573B931633E55250E95 | 11-21-2021 23:26:19 | Blacked | 10-30-2021 | 11-11-2021 | PA0002321300 |
| 12 | Info Hash: 60E01B17C52361EA60FE338AE47EAB02B143C011 File Hash: FBDAD33C37DD92DBE4058EAD37F03C582CD89A783E6D8F7CF55D192E6D50A558 | 11-07-2021 02:11:41 | Vixen | 12-25-2018 | 01-22-2019 | PA0002147901 |
| 13 | Info Hash: EFAD122F1D9BDF0A8204C59E2FEBACA47B03995C File Hash: 7493FF96BEB8651C35B9EBC22B5C2CB17F97C4313B3F0EFD11B3B316648CCB86 | 10-29-2021 23:42:51 | Vixen | 07-24-2020 | 08-03-2020 | PA0002259166 |
| 14 | Info Hash: 6D8AC7C2858A1558F0BDAE4CEC9A67FA99EB0AB3 File Hash: C5E12DB31494BDCBD4861BF80DEBCCCB5F8F26425D573D1FC639A94AD4CED84A | 10-09-2021 04:45:11 | Blacked | 10-22-2019 | 11-05-2019 | PA0002210294 |
| 15 | Info Hash: A46145E0FD10946ED6395AF7401551391ED902CA File Hash: 1B8A7F105850D5E825E970EEABB87CB31F97C78ADDAEF7AF9C38C2373C74068A | 10-09-2021 01:41:01 | Blacked | 09-17-2018 | 10-16-2018 | PA0002127778 |
| 16 | Info Hash: 3F9D9C6A6AB57620BA86CBC299782956D2C15A3A File Hash: DA6F6CA058C213C8E561340115E904549CB23BDB4AB83FBDDEB8040974669882 | 10-09-2021 01:40:29 | Blacked Raw | 11-18-2018 | 12-10-2018 | PA0002146476 |
| 17 | Info Hash: 73836E8C65A311E14896A1AEA347526ACEE06F14 File Hash: C6ACD61B98AF9D709C5A5F9945834C6D92683363D23DBB59B43D5067F8039DB1 | 08-15-2021 05:50:38 | Vixen | 06-19-2020 | 06-25-2020 | PA0002256361 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: DF55A7399DCF2BE0ABA0569AE3468DC477F13662<br>File Hash: 487E63428A954158BEC6847DF973AB861CA92DB61080ED9AF2A6DAC653D84C24 | 08-11-2021 00:56:03 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |
| 19 | Info Hash: 3153AF85F9095D5335C1FAAAB86823E10FBA86F8<br>File Hash: 408AE74EDD93030707ECE9AFEF542673DACD449819A589F629CAAF1DD455928B | 08-11-2021 00:56:00 | Blacked | 06-04-2017 | 07-07-2017 | PA0002070826 |
| 20 | Info Hash: A5D6B24638A8DF80BD201C674E2D5BC8B61099C5<br>File Hash: BFB0BC40896C143B5E4ECF12E87AA1BD26D00298A592734E6C7BC60918F1FE89 | 08-11-2021 00:55:51 | Blacked | 02-14-2018 | 03-02-2018 | PA0002104757 |
| 21 | Info Hash: EA6DAB1E1DDFCB970BDADB6AFE343F3AA5E26C6B<br>File Hash: C4640358D223F38350D456BFB2A177262DF1B8526A20B2149B5BA8DB40F8B7A7 | 07-25-2021 03:27:37 | Blacked Raw | 05-04-2020 | 05-19-2020 | PA0002241475 |
| 22 | Info Hash: 0DEB934FF7CF07C6337C6CEDE532EBA8F101318D<br>File Hash: AA09EBD0C9D8E4F3C56E2E7CCBCADA8EDA91DBFA74FCA014FAAC5E639B6CC729 | 07-24-2021 20:38:21 | Blacked | 12-31-2018 | 01-22-2019 | PA0002147686 |
| 23 | Info Hash: F5D53D9389551A23353605AADFD5EDCE56226030<br>File Hash: 6136282252ED7D5CBB1E1BB9D43E9D197D4DBB1E9E92410EC70A8B2DDA23D435 | 07-24-2021 20:29:45 | Blacked | 07-24-2021 | 09-21-2021 | PA0002312682 |
| 24 | Info Hash: 6DD9FB9FFA659B5E28FF86F9661807F6A241148A<br>File Hash: 6E9DD0DDEEF832F858196C80422A8223C5A5BCDC7DDF6A25E98BA63C8AA01A6D | 07-01-2021 05:14:45 | Tushy | 07-05-2017 | 07-06-2017 | PA0002041555 |
| 25 | Info Hash: D944CAA9B59293A71385E5B81B800565E494067A<br>File Hash: B026DC67E308DDA63D101C611E3990FE33D79A01D1EC870E92F52A11AF96D941 | 06-27-2021 19:35:06 | Blacked Raw | 02-26-2019 | 03-31-2019 | PA0002163980 |
| 26 | Info Hash: 7E669E0F9DEFB75FFEEFDEC805FA3497B430C15A<br>File Hash: 4768B999E19A9764FA77FB9DDD817FF2EB77D61D8D4F6F350DC00B29B2E49D61 | 02-28-2021 00:30:52 | Blacked Raw | 01-25-2021 | 02-09-2021 | PA0002276145 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: F039D8B5C1F43F06A245B62C82E1006E7763F977<br>File Hash: BDEE73C50494D695511326E9C2A76E928BF0C8B2B62F659A40A185D77826226D | 02-28-2021 00:07:27 | Tushy | 08-14-2017 | 08-17-2017 | PA0002048391 |
| 28 | Info Hash: 6925967B48B6F7E696BF1524724AFFDCFEBAEBC5<br>File Hash: 4C2E8EFCDCBF178E0B24C671B8193416C6269EA73D8C495C291BA3F911AB4C6F | 10-23-2020 22:26:08 | Blacked | 03-15-2020 | 04-15-2020 | PA0002246109 |